## Exhibit A to the Complaint

**Location:** Pomona, NY

**Total Works Infringed:** 41

**IP Address:** 98.113.233.23

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>1CB8BD64D647ECE33B1E7E1386C3A28AB0B942BE<br>File Hash:<br>DE88EAEBDC91873514CA8644622FB2D9B1B5BCF657FE4A753D7A605EDAD9276F | 04-10-2021<br>17:10:24 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 2 | Info Hash:<br>F8D879F9DED7FDF9361ADB80199802E31633A816<br>File Hash:<br>7B5146E5C04509E9FE79AC79DEC3B00F08483CD94B680FC7A9B93CF2474ED24C | 04-10-2021<br>17:02:51 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 3 | Info Hash:<br>B0856F291435D2D91DF7BA9AFEB3A9F554389381<br>File Hash:<br>467E86407977001CE547E0C9628E76570FC3CB4447C01F106E965821233BDAF5 | 04-10-2021<br>16:52:10 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 4 | Info Hash:<br>21A94CBFC4DB145F8AADD63BD1FE1B92838C9B33<br>File Hash:<br>FA965806672E8B496C8A1A0695E6E4138E4ECED9C2CA2A2176F616191C0E2914 | 04-10-2021<br>16:49:08 | Vixen | 02-08-2018 | 03-01-2018 | PA0002079183 |
| 5 | Info Hash:<br>59232699F4AD1B949FE19954F077258955D3CBBA<br>File Hash:<br>4660E77C6F17D89689AB274E14BB9B62DB0B466FD966748A5FC178B7BDAA31CB | 04-10-2021<br>13:42:55 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 6 | Info Hash:<br>914E671217FD0C27FB914AF4956D1DA0F5EC82F5<br>File Hash:<br>9F31FFAC53D82AD956CA2414D9CAEC2371335F21EA2A5B10811686EFD1D29B4F | 04-10-2021<br>13:42:37 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 7 | Info Hash:<br>194AF5E636A6DFF8F25D2E2A0B4B4E5D4198E0F8<br>File Hash:<br>55D7154AD1509A120833EE09C92475923B96CAAE4A9991A0CE01333085F9B456 | 04-10-2021<br>13:42:23 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 8 | Info Hash:<br>B9293EC651C0779176DE748DC3D8D3F33F52F2AC<br>File Hash:<br>B02ABEB280B593C2C3C3D815C48D101611BA97712310A4FBE92CA16EE97E11B8 | 04-10-2021<br>13:42:02 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9D86F33A7C33621BEA6E193147B1D1258AC49803<br>File Hash: F008327222A903F57D6C676911213175BBCB820FEB1B20260493387196F2169D | 04-10-2021 13:41:47 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 10 | Info Hash: 25D4601FC4F0A7E7D13EE7F82A12D2FAE0C7CD85<br>File Hash: F8DA05F7C926114389A7E0D8B739541215BF3064BF6BC3A16ED4C136F452BFB7 | 04-10-2021 13:39:06 | Vixen | 04-14-2018 | 06-19-2018 | PA0002126645 |
| 11 | Info Hash: 83D2EED88C6681D044DB23C46A0921B9990D4A17<br>File Hash: DCBDDC4501CB08801EBDA74361F9980056C58AE609294A8ECC472866CC76B573 | 04-10-2021 13:38:03 | Vixen | 06-08-2017 | 07-07-2017 | PA0002070832 |
| 12 | Info Hash: AC2782B2A65D938939D38F7BC6B7CCF4E051961B<br>File Hash: D44C403070A5743094CC1E9436978A3C2444BCC88628769CA4A0D170E5EAFC95 | 04-10-2021 13:36:07 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 13 | Info Hash: E072A47D201C8740D8EC73A1193EE96ACF0A5FBC<br>File Hash: 69C65B35E7C5DD71106A07F56B806E7F394E94E510E5727A598B56F035E8EDCD | 04-10-2021 13:34:55 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 14 | Info Hash: AE3DEE3DD60A7475FE6E7026B9CCFE51469AFEE8<br>File Hash: B7FF3F74EF68D68B51CEF162F5EB2BD639330781B6EBD57F9C84BBF57F089105 | 04-10-2021 13:34:03 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 15 | Info Hash: 743ADEF3A059CCFBB5FAADAEE9E1D323759DC60B<br>File Hash: BB92726141204C258A8BF555A0E0FD94E5484ACBD1090813A92B7775248013D9 | 04-03-2021 15:06:33 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 16 | Info Hash: 7B625C93133B5B8DD3872A722CF8B0833C9D13C7<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 04-03-2021 02:59:42 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 17 | Info Hash: 7B59B7D3F2021F4D4E93C84314121CE2A2E5F596<br>File Hash: 08E0D570CF10000543FAF3034134F9F70572F85A6F20AF4714C49133A2D2C977 | 03-21-2021 00:00:11 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 272AE355DD63AD6D0DF9310116E0C630E658E3C9<br>File Hash: 1CF149C7C823AEFCD96B5802E83947D591816FD8B0E4DDD3A41A622763A998CD | 03-20-2021 23:46:27 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |
| 19 | Info Hash: 3D925EBC0EB2F34FDBF479303F5725A7BC3F1FAD<br>File Hash: 51830B69BFB87493650AD3F034E84308F146653B233692F7F6D12270944FD74B | 03-20-2021 23:01:42 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 20 | Info Hash: 3EFC7A56B07C04EBAC48D9F1EC0398D58E53BE84<br>File Hash: 64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 03-20-2021 19:38:19 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 21 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 03-20-2021 19:31:42 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 22 | Info Hash: 356D2F8493586B7FBB66958DC6BF486E67CD117D<br>File Hash: 39A3C3A5CA61DD408C6102700E0F3F40A5E581C8A3835B28BACB0C0C07C3FECD | 03-14-2021 06:32:16 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 23 | Info Hash: 0B9F48D7083EFB0785EB50934ACDF7E51B57BED6<br>File Hash: FB209F84379D2CD035E14C6271FFD40C15A08A6626263602F8912F98CE938E0C | 03-14-2021 06:30:22 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 24 | Info Hash: 05060BDE36F9397AB023AD369BC9F9718E584065<br>File Hash: 88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 02-28-2021 07:06:30 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 25 | Info Hash: 53775D3AE4E803640F2A6799B61746A58C749B34<br>File Hash: 5D89EC3950C5158DC08C585B5FF1F8D236A3C4D8A832174C1456728F5BC0840D | 02-28-2021 05:27:05 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 26 | Info Hash: 1817A96BFC00AA9BA2E88E028FE86F90FE1A217C<br>File Hash: 142153D4EDBA5AA8B630A3FB9825BF65DE84BB10EBC00690A2457C3C8AD2D605 | 02-28-2021 05:24:18 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: B28B140A77BC9F3BF161DA1030270CBFF5189939<br>File Hash: 9755505FB60EEF028305D50C2A0DBA590AA1860FA4D5C4E4F58B76DC9F394746 | 02-28-2021 05:23:45 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 28 | Info Hash: DE3A9D03B7773E3128A1B787A46970A074622D17<br>File Hash: 14E05989A6725E7102285D9ED4B6F215D9838E9E107E6E825671D2051F76A1F3 | 02-28-2021 05:23:16 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 29 | Info Hash: 0C522DBAA371FD95B7ECDD5CF6807F3D3AE21E24<br>File Hash: 74AFE0E69FBE6D38810155642C8EC497B2856660FE0FFEEA786CFB603C4E238B | 02-28-2021 05:23:07 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 30 | Info Hash: DC14BF76DEA7E72644D003301762A312539F95BC<br>File Hash: 36DFA5F8976452F20FA1C3448F6D20A76B66919433FEB44EC6F3028EF0CEE8C3 | 02-28-2021 05:22:56 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 31 | Info Hash: 28762847C82A90E772417F42C59CE0C39BBEE165<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 02-28-2021 05:09:29 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 32 | Info Hash: 7920D7585C00E0EAB24E5D435ADB7477601F70B9<br>File Hash: 87406B6D38830293E85709D0EC1A6B9F054059277BFA970CCE38D751A49FCD84 | 01-25-2021 05:21:18 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 33 | Info Hash: 9EC0087F4B30999F177248B9DA66F86C73F87715<br>File Hash: B9803794C2D1A604973910C9F742B7BF4CB5E1B5248EFA608233D33025E52805 | 01-25-2021 05:17:59 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 34 | Info Hash: 993582D6C4C6F55A5BF4BF4F06ED0967557AB15F<br>File Hash: 3D63BAF72A9598AFA60BB2E2C51B563480602085DB26AA4D3DB0D2B078EF253F | 01-25-2021 05:17:43 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 35 | Info Hash: 3140CCEEFBB33DC9CC59DE10B6EC4B57DB340B83<br>File Hash: 72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 01-17-2021 15:56:13 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8DB46BB76525F22088BCF6744A5F6A77C8C5998A<br>File Hash: 09B1BDD9B8308683675E8F161B80C649EFCFBD5CAD5E6B64E966B2E45684BC56 | 01-17-2021 14:25:01 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 37 | Info Hash: 7219649303BE1B4E963DC2F91D059299FDCCB82C<br>File Hash: DC581E6CB1F44D6EDCBEC843A5683FD4F016EF0E7F3E65849EA1B6C2570D8247 | 01-17-2021 14:21:27 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 38 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 01-17-2021 14:15:42 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 39 | Info Hash: 2D3D159F9A0D3C7ED6F50A5C16D55F000F71B222<br>File Hash: AF2D5151E4B63FDB348B7089EDDFD1C017EC8855793AFBC4905353327C20C1EB | 12-27-2020 03:50:14 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 40 | Info Hash: A9D920AC4B609531A8B0CFD947B0922A06463888<br>File Hash: 9C26A6317B6364A827E584CAAC25A9AC9A36801DC96D3C5870789E6D52380594 | 12-26-2020 23:38:03 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 41 | Info Hash: 02FE4EF38EA9D42FC33E9119A61CF936C64696E4<br>File Hash: 390F8E8A2CC9B1C3B3390E828BCAC8931C705EF3677A905AB336EC7DA9557D82 | 12-26-2020 23:37:51 | Vixen | 06-23-2017 | 07-07-2017 | PA0002070829 |